IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM W. SANDERS, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:16cv00065 |
| | ) | |
| v. | ) | MEMORANDUM OPINION |
| | ) | |
| CPL N.E. POST, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

On May 9, 2016, the court received notice that plaintiff William W. Sanders has been released from jail. Because he was released, Sanders is no longer subject to the provisions of the Prison Litigation Reform Act which afforded him the benefit of paying the filing fee in installments. By order entered May 11, 2016, the court assessed Sanders the balance of the filing fee and directed him to pay the amount in full or otherwise respond to the court's order within ten days. The court advised Sanders that failure to comply with the court's order would result in the immediate dismissal of this action without prejudice. The time to comply has passed and Sanders has not responded to the court's order. Accordingly, I will dismiss Sanders' complaint without prejudice for failure to comply with the court's order. Sanders is advised that he may refile his claims in a separate action.

    **ENTER**: This  31st  day of May, 2016.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE