IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| WILLIAM W. SANDERS, | ) | |
|---|---|---|
| Plaintiff, | ) | Civil Action No. 7:16cv00065 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CPL N.E. POST, *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion and order entered this day, it is hereby **ORDERED** that this action is **DISMISSED without prejudice** and **STRICKEN** from the active docket of this court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 31st day of May, 2016.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE